MICHELE BECKWITH
Acting United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRA HAAR,<br><br>    Debtor.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Garnishee. | Case No.<br><br>**APPLICATION FOR<br>WRIT OF GARNISHMENT**<br><br>Criminal Case No. 1:18CR00155-LJO |

The United States, in accordance with the Federal Debt Collection Procedures Act of 1990 ("FDCPA"), 28 U.S.C. § 3205(b)(1), requests that the Clerk of the United States District Court issue a Writ of Garnishment against property up to and including the amount of $1,973,907.78, held by Wells Fargo Bank, N.A. ("Garnishee") in which Sandra Haar ("Debtor") has an interest. This includes community property in the name of her spouse Norman F. Haar. Upon information and belief, Debtor has a substantial nonexempt interest in property, as defined in 28 U.S.C. § 3002(12), that is in the possession, custody, or control of Garnishee.

On or about November 4, 2019, Debtor was sentenced in criminal case number 1:18CR00155-LJO and ordered to pay a statutory assessment of $200.00 and restitution of $6,107,846.85 ("Judgment

Amount"). As of June 24, 2025, Debtor owes $1,794,461.62. Despite the United States' demand for payment, made more than 30 days before the date of this Application, Debtor has failed to satisfy the debt. No interest accrues on this debt. The United States also seeks to recover the statutorily authorized ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($179,446.16) pursuant to 28 U.S.C. § 3011(a). The total amount sought by this garnishment action is $1,973,907.78.

Debtor's social security number is \*\*\*-\*\*- 9243. Debtor's last known address is 1208 Paseo Verde Drive, Merced, CA 95348. Debtor's spouse Norman F. Haar's social security number is \*\*\*-\*\*-7092. His last known address is 1208 Paseo Verde Drive, Merced, CA 95348.

When the Court sentenced Debtor and ordered Debtor to pay restitution and/or a fine, a lien arose in favor of the United States on all property and rights to property as if the liability "were a liability for a tax assessed under the Internal Revenue Code of 1986," pursuant to 18 U.S.C. § 3613(c).

Accordingly, the United States respectfully requests that the Clerk issue a Writ of Garnishment in accordance with the FDCPA.

Respectfully submitted,

Dated: June 27, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney